**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                          Case No. 3:04-cr-296-J-32TEM

RICKY MOSLEY
PHYLLIS S. MOSLEY

_____

**ORDER**

Before the Court is defendant Phyllis Mosley's request for

supplemental evidentiary hearing.  Ms. Mosley would like the Court to

conduct a hearing on the issue of whether the confidential informant in this

case acted as a government agent when conducting a search of her home.

This issue requires an analysis of two factors: (1) whether the government

knew of and acquiesced to the search; and (2) whether the confidential

informant intended to assist law enforcement efforts or to further his own

ends.  See United States v. Steiger, 318 F.3d 1039, 1045 (11th Cir. 2003).

Ms. Mosley would like to present testimony of both the confidential informant

and certain police officers as to both factors.

The United States agrees that a hearing is warranted, but would like to

protect the identity of the confidential informant.  The United States asserts

that the issue can be disposed of by analyzing only the first factor based on

direct and cross examination testimony of the police officers alone, without reference to the identity of, or testimony from, the confidential informant.  The United States suggests that the Court can conduct a follow-up hearing if it concludes otherwise.

The Court agrees with the United States that it may be able to decide the issue raised by Ms. Mosley while at the same time protecting the confidential informant's identity.  Accordingly, it is hereby **ORDERED:**

1.      Phyllis Mosley's Notice of Supplemental Authority for Oral Argument July 5, 2005 and Request for Supplemental Evidentiary Hearing (Doc. 107) is **GRANTED IN PART AND DENIED IN PART WITHOUT PREJUDICE** to move for a follow-up hearing if necessary**.**

2.      An evidentiary hearing will be held on **Friday, August 11, 2005, at 2:00 p.m.** before the undersigned, in Courtroom 10B, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.  The evidentiary hearing will be limited to the first factor; that is, whether the government knew of and acquiesced to the search.  This does not require the confidential informant's testimony at this time.

**DONE AND ORDERED** at Jacksonville, Florida on July 26, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

k.
Copies to counsel of record